# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALEX G. MARTINEZ,

    Plaintiff,

v.                                                        16cv1127 SCY/WPL

UNITED PARCEL SERVICE, INC.,

    Defendant.

## ORDER DENYING MOTION TO WITHDRAW

Plaintiff's counsel filed an Unopposed Motion to Withdraw as Attorney in Charge on May 29, 2017. (Doc. 37.) I entered an Order to Cure on June 1, 2017, giving counsel until June 14, 2017, to refile the motion to comply with D.N.M.LR-Civ 83.8(a)'s requirement that a motion to withdraw contain either a "notice of appointment of substitute attorney" or "statement of the client's intention to appear pro se and the client's address and telephone number." (Doc. 40.) The deadline to refile has passed, and a review of the docket reveals that Plaintiff's counsel has not refiled the motion. Given counsel's non-compliance, his motion to withdraw is denied.

IT IS SO ORDERED.

                                                                               _William P. Lynch_
                                                                               William P. Lynch
                                                                               United States Magistrate Judge